

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2022

No. 04-22-00047-CR

Michael Alonzo **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 630792
Honorable Grace M. Uzomba, Judge Presiding

# O R D E R

On April 18, 2022, we remanded the case to the trial court to hold an evidentiary hearing and:

(1) issue an amended certification; or

(2) if appellant is not entitled to appeal, issue findings of fact and conclusions of law explaining why appellant is not entitled to an appeal including:

(a) whether the punishment assessed by the court (including the $6,000 miscellaneous traffic fee) exceeded the punishment recommended by the prosecutor and agreed to by the defendant;

(b) whether the "Judge's Notes and Annotations" appeared on the Waiver of Appeal section of the Plea Agreement at the time the defendant, the attorney for the defendant, and the Assistant District Attorney signed and acknowledged the Plea Agreement; and

(c) any other issue that is relevant to whether the defendant is entitled to appeal.

In our April 18, 2022 order, we directed the trial court to file either the amended certification or written findings of fact and conclusions of law with the trial court clerk no later than April 28, 2022. On April 27, 2022, the trial court requested an extension of time until May 18, 2022. The motion is GRANTED, and the trial court is ORDERED to file either the amended

certification or written findings of fact and conclusions of law with the trial court clerk **no later than May 18, 2022**.

We ORDER the trial court clerk to file a supplemental clerk's record in this court **no later than ten days** after the trial court files an amended certification or its findings of fact and conclusions of law explaining why appellant is not entitled to an appeal. We further ORDER the court reporter to file in this court a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, **no later than twenty days** after the date of the hearing.

All appellate deadlines are ABATED pending further orders from this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2022.



_____
Michael A. Cruz,
Clerk of Court